UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                                        CHAPTER 7
    Keith Russell Napier              BANKRUPTCY NO. 13-04900-FJO-7
    Patricia Lyn Napier
    Debtors

**OBJECTION TO MOTION TO REDEEM**

    Comes now the Creditor herein, Capital One, N.A., and objects to the Debtor's Motion To Redeem and in support of its objection states as follows:

1. 11 U.S.C. §722 allows a debtor to redeem personal tangible property by paying the holder of such lien the amount of the "allowed secured claim."

2. 11 U.S.C. §506(a)(2) states that the allowed claim is based on the replacement value. That replacement value means the price a retail merchant would charge for property of that kind.

3. Debtor's motion to redeem does not propose to pay the price a retail merchant would charge for the property. The Debtor would have to pay $1439.95 to redeem the property. See Exhibit A. The balance on the account is $4192.01.

4. Creditor is willing to accept $1439.95 for the redemption of the property.

                        **MAPOTHER & MAPOTHER, P.S.C.**

                        By: _/ s/ Dennis Ostrowski_
                            Dennis Ostrowski (#18099-10)
                            Counsel for Creditor
                            815 W. Market Street, Suite 500
                            Louisville KY 40202-2654
                            (502) 638-4961
                            DO@mapother-atty.com

## CERTIFICATE

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court: debtor's attorney, John T. Steinkamp, 5218 S. East Street, Suite E1, Indianapolis, IN, 46227 Debtors ,Keith Russell Napier, 5114 Bayview Lane, Plainfield, IN, 46168 and Patricia Lyn Napier, 5114 Bayview Lane, Plainfield, IN, 46168 and to the Trustee, Gregory S. Fehribach, Doninger Tuohy & Bailey, LLP, 50 S Meridian St Ste 700, Indianapolis, IN, 46204 and the US Trustee, Suite 1000, 101 W. Ohio, Indianapolis, IN 46204 on                 6/18/13                                .

**MAPOTHER & MAPOTHER, P.S.C.**

By: / s/ Dennis Ostrowski
     Dennis Ostrowski (#18099-10)
     Counsel for Creditor
     815 W. Market Street, Suite 500
     Louisville KY 40202-2654
     (502) 638-4961
     loubknotices@mapother-atty.com