UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                  CHAPTER 7
   Keith Russell Napier             BANKRUPTCY NO. 13-04900-FJO-7
   Patricia Lyn Napier
   Debtors

## WITHDRAWAL OF OBJECTION TO MOTION TO REDEEM

Comes now the Creditor herein, Capital One, N.A., and withdraws its objection to the Debtor's Motion To Redeem and in support of its withdrawal states as follows:

1. Debtor filed an amended motion to redeem.

2. Creditor has no objection to the amended motion to redeem.

**MAPOTHER & MAPOTHER, P.S.C.**

By:   / s/ Dennis Ostrowski
      Dennis Ostrowski (#18099-10)
      Counsel for Creditor
      815 W. Market Street, Suite 500
      Louisville KY 40202-2654
      (502) 638-4961
      DO@mapother-atty.com

B7IS_0002A/13-34069

## CERTIFICATE

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court: debtor's attorney, John T. Steinkamp, 5218 S. East Street, Suite E1, Indianapolis, IN, 46227 Debtors ,Keith Russell Napier, 5114 Bayview Lane, Plainfield, IN, 46168 and Patricia Lyn Napier, 5114 Bayview Lane, Plainfield, IN, 46168 and to the Trustee, Gregory S. Fehribach, Doninger Tuohy & Bailey, LLP, 50 S Meridian St Ste 700, Indianapolis, IN, 46204 and the US Trustee, Suite 1000, 101 W. Ohio, Indianapolis, IN 46204 on_____.

**MAPOTHER & MAPOTHER, P.S.C.**

By: _/ s/ Dennis Ostrowski_
    Dennis Ostrowski (#18099-10)
    Counsel for Creditor
    815 W. Market Street, Suite 500
    Louisville KY 40202-2654
    (502) 638-4961
    loubknotices@mapother-atty.com